# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DEBRA CARTER, et al. | CIVIL ACTION NO. 1:19-cv-02787-ELR |
| Plaintiffs, | |
| v. | UNITED STATES' MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The United States hereby moves to dismiss Plaintiffs' Complaint (Dkt. No. 1) under Fed. R. Civ. 12(b)(1) for lack of subject-matter jurisdiction. Plaintiffs have brought this action under the Federal Tort Claims Act (FTCA), (Dkt. No. 1 ¶ 1), 28 U.S.C. § 1346(b)(1), 2671-2680. Plaintiffs, however, cannot meet their burden of showing a waiver of sovereign immunity under the FTCA to invoke the subject-matter jurisdiction of this Court.

First, Plaintiffs cannot show that their action lies within the FTCA's statutory grant of jurisdiction in 28 U.S.C. § 1346(b)(1). This grant provides a limited waiver of immunity authorizing damage actions for injuries caused by negligent or wrongful

conduct of federal employees acting within the scope of their employment, when a private person would be liable for such conduct under state law. *See* 28 U.S.C. §§ 1346(b)(1), 2674.  Here, plaintiffs cannot show that there is any analogous private liability under state law, because an action against a private party for the alleged negligent conduct would be barred by North Carolina's substantive ten-year statute of repose. N.C. GEN. STAT. § 1-52(16).  Additionally, Plaintiffs cannot show that their claims fall outside two exceptions to the FTCA's waiver of sovereign immunity, namely, the discretionary function exception, which excludes claims challenging the government's discretionary, policy-based conduct, 28 U.S.C. § 2680(a), and the *Feres* doctrine, which excludes claims that arise incident to military service. *Feres v. United States*, 340 U.S. 135 (1950).

In support of this motion the United States files a memorandum of law and exhibits on this date.

Respectfully submitted this 1st day of July 2021.

                                              KURT R. ERSKINE
                                              Acting United States Attorney

                                              DARCY COTY
                                              Assistant United States Attorney

                                              J. PATRICK GLYNN
                                              Director, Torts Branch
                                              Environmental Tort Litigation Section

- 3 -

BRIDGET BAILEY LIPSCOMB
Assistant Director, Torts Branch
Environmental Tort Litigation Section

GEOFFREY COOK
ALBERT LAI
LACRESHA JOHNSON
HAROON ANWAR
Trial Attorneys, Torts Branch
Environmental Torts Section


*/s/ Adam Bain*
ADAM BAIN
Senior Trial Counsel, Torts Branch
Environmental Tort Litigation Section
United States Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail:  adam.bain@usdoj.gov
Telephone:  (202) 616-4209
Fax:  (202) 616-4473

## CERTIFICATION UNDER L.R. 7.1D

Pursuant to Northern District of Georgia Local Rule 7.1D, the undersigned counsel hereby certifies that the above and foregoing pleading is a computer document prepared in Times New Roman (14 point) font in accordance with Local Rule 5.1B.

So certified this 1st of July 2021.

                                                                               */s/ Adam Bain*

                                                                               _____
Adam Bain – IN Bar #11134-49
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Torts Branch
Environmental Torts Section
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
Email:  adam.bain@usdoj.gov
Tel: (202) 616-4209
Fax: (202) 616-4473

Attorney for Defendant United States

## CERTIFICATE OF SERVICE

I hereby certify that a caused the following to be served on all counsel of record through the Court's Electronic Case Filing (ECF) system.

So certified this 1st day of July 2021.

/s/ Adam Bain
_____
Adam Bain – IN Bar #11134-49
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Torts Branch
Environmental Torts Section
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
Email:  adam.bain@usdoj.gov
Tel: (202) 616-4209
Fax: (202) 616-4473

Attorney for Defendant United States